**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Tina Thuy Troung v. Hoa Hiep Hoang

Appellate case number:   01-22-00296-CV

Trial court case number:  2020-54609

Trial court:                     245th District Court of Harris County

Appellant, Tina Thuy Troung, has filed an unopposed motion to dismiss, but this motion is not filed by counsel of record, Marivonne R. Essex, but is instead filed by Gary Michael Block, who claims that he is now appellant's counsel. Block attaches an order signed by the trial court on April 22, 2022, granting Essex's motion to withdraw. Block also attaches a notice of appearance.

Rule 6.5 of the Texas Rules of Appellate Procedure provides that if an attorney is substituting for a withdrawing attorney, the motion to withdraw of the withdrawing attorney must state the substitute attorney's name, mailing address, telephone number, fax number, and State Bar identification number. *See* TEX. R. APP. P. 6.5(d). Essex has not complied with this rule. Accordingly, the Court is unable to consider the motion to dismiss filed by Block until Essex has filed a motion in compliance with Rule 6.5(d). This motion shall be filed within 5 days of the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                              ☑ Acting individually     ☐ Acting for the Court


Date:    ___May 3, 2022___